Attilio de Cicco, Respondent, Appellant, v. Joseph Schweizer, Appellant, Respondent, Impleaded with Another.— Judgment affirmed, so as to provide for a recovery by plaintiff of the sum of $2,500, with interest from January 20, 1912, and as so modified affirmed. with costs to plaintiff.

---

* See Stock Corp. Law (Consol. Laws, chap. 59; Laws of 1909, chap. 61), § 66.—[REP.

Orders appealed from affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.